Dismissed and Memorandum Opinion filed February 5, 2004









Dismissed and Memorandum Opinion filed February 5,
2004.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-03-01306-CV

____________

 

LAWRENCE P. MILES, JR.,
Appellant

 

V.

 

RICHARD B. WAGHALTER, D.D.S., Appellee

 



 

On Appeal from the County Civil Court
at Law No. 4

Harris County, Texas

Trial Court Cause No.
779,797

 



 

M E M O R A N D U M   O
P I N I O N

This is an attempted appeal from an order of non-suit signed
October 22, 2003.  Appellant filed a pro
se notice of appeal on November 3, 2003. 
The clerk=s record was filed on November 14, 2003.  No reporter=s record was taken in this case.  Accordingly, appellant=s brief was due on or before December
15, 2003.  To date, no brief has been
filed.

Moreover, the record reveals that the parties entered into a
settlement agreement and jointly requested the trial court to dismiss all
claims.  Therefore, the issues in this
appeal have been rendered moot and we are without jurisdiction to consider the
appeal.  








On January 20, 2004, notification was transmitted to all
parties of the Court=s intention to dismiss the appeal.  See Tex.
R. App. P. 42.3.  Appellant filed
no response.

Accordingly, the appeal is ordered dismissed.

 

PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed February 5, 2004.

Panel consists of Chief Justice
Hedges and Justices Frost and Guzman.